# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM 40517** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Adam J. HUGHEY** | ) | |
| **Staff Sergeant (E-5)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 2** |

On 3 September 2024, Appellant submitted a Motion to Withdraw from Appellate Review, and Appellant's counsel requested the DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant on 29 August 2024 and by Appellant's counsel on 3 September 2024, be attached to the record.

The Government did not submit any opposition.

Accordingly, it is by the court on this 6th day of September, 2024,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and request to attach DD Form 2330 to Appellant's record of trial, is **GRANTED.** Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court